```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF MARYLAND

CHRISTOPHER DOYLE, LPC, LCPC,   :
Individually and on behalf of
his clients                     :

     v.                         :   Civil Action No. DKC 19-0190

                                :
LAWRENCE JOSEPH HOGAN, JR.,
et al.                          :
```

**ORDER**

For the reasons stated in the foregoing Memorandum Opinion, it is this 20th day of September, 2019, by the United States District Court for the District of Maryland, ORDERED that:

1.   The motion for preliminary injunction filed by Plaintiff Christopher Doyle (ECF No. 2) BE, and the same hereby IS, DENIED as moot;

2.   The motion to dismiss filed by Defendants Lawrence J. Hogan, Jr. and Brian E. Frosh (ECF No. 26) BE, and the same hereby IS, GRANTED;

3.   Plaintiff Christopher Doyle's complaint BE, and the same hereby IS, DISMISSED; and

4.   The clerk will transmit copies of the Memorandum Opinion and this Order to counsel for the parties and CLOSE this case.

                                    /s/
                         _____
                         DEBORAH K. CHASANOW
                         United States District Judge