# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

| | |
|---|---|
| CHRISTOPHER DOYLE, LPC, LCPC, individually and on behalf of his clients, | ) ) ) |
| Plaintiff, | ) ) Civil Action No. 1:19-cv-00190-DKC |
| v. | ) ) **INJUNCTIVE RELIEF SOUGHT** |
| LAWRENCE J. HOGAN, JR., etc., et al., | ) ) ) |
| Defendants. | ) |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff, CHRISTOPHER DOYLE, LPC, LCPC, individually and on behalf of his clients, hereby appeals to the United States Court of Appeals for the Fourth Circuit from this Court's Order entered on September 20, 2019 (ECF No. 78), granting Defendants' motion to dismiss (ECF No. 26) and denying as moot Plaintiff's motion for preliminary injunction (ECF No. 2).

Respectfully submitted,

| | |
|---|---|
| /s/ John R. Garza | /s/ Roger K. Gannam |
| (signed by Roger K. Gannam with permission of John R. Garza) | Mathew D. Staver (Fla. 701092)[†] Horatio G. Mihet (Fla. 26581)[†] |
| John R. Garza (D. Md. 01921) | Roger K. Gannam (Fla. 240450)[†] |
| GARZA LAW FIRM, P.A. | LIBERTY COUNSEL |
| Garza Building | P.O. Box 540774 |
| 17 W. Jefferson Street, Suite 100 | Orlando, FL 32854-0774 |
| Rockville, Maryland 20850 | 407-875-1776 |
| 301-340-8200 ext. 100 | 407-875-0770 FAX |
| 301-761-4309 FAX | court@LC.org |
| jgarza@garzanet.com | hmihet@LC.org |
| | rgannam@LC.org |
| | |
| | *Attorneys for Plaintiff* |
| | [†] Admitted to appear *pro hac vice* |

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that a copy of the foregoing has been filed this September 30, 2019, through the Court's ECF system, which will send a notice of electronic filing to all parties and counsel of record, including the following:

  Kathleen A. Ellis
  Assistant Attorney General
  Maryland Department of Health
  Suite 302, 300 West Preston Street
  Baltimore, Maryland 21201
  kathleen.ellis@maryland.gov
  *Attorney for Defendants*

                /s/ Roger K. Gannam
                *Attorney for Plaintiff*