UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| CHRISTOPHER DOYLE, etc., | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 1:19-cv-00190-DKC |
| v. | ) |
| | ) |
| LAWRENCE J. HOGAN, JR., etc., et al., | ) |
| | ) |
| Defendants. | ) |

## **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff, Christopher Doyle, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), gives notice of his voluntary dismissal of this action. This dismissal is without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(B).

/s/ John R. Garza
(signed by Roger K. Gannam
with permission of John R. Garza)
John R. Garza (D. Md. 01921)
GARZA LAW FIRM, P.A.
Garza Building
17 W. Jefferson Street, Suite 100
Rockville, Maryland 20850
301-340-8200 ext. 100
301-761-4309 FAX
jgarza@garzanet.com

/s/ Roger K. Gannam
Mathew D. Staver (Fla. 701092)[†]
Horatio G. Mihet (Fla. 26581)[†]
Roger K. Gannam (Fla. 240450)[†]
LIBERTY COUNSEL
P.O. Box 540774
Orlando, FL 32854-0774
407-875-1776
407-875-0770 FAX
court@LC.org
hmihet@LC.org
rgannam@LC.org

*Attorneys for Plaintiff*
[†] Admitted to appear *pro hac vice*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing has been filed this August 12, 2021, through the Court's ECF system, which will send a notice of electronic filing to all parties and counsel of record, including the following:

>Kathleen A. Ellis
>Assistant Attorney General
>Maryland Department of Health
>Suite 302, 300 West Preston Street
>Baltimore, Maryland 21201
>kathleen.ellis@maryland.gov
>*Attorney for Defendants*

/s/ Roger K. Gannam
*Attorney for Plaintiff*
